**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**SHAWN FRYE,**

**Plaintiff,**

**v.**

**JOHN BARWICK, *et al.*,**

**Defendants.**

**Case No. 25-cv-01134-SPM**

# MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

This matter is before the Court on a Motion to Dismiss for want of prosecution filed by Defendants pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 49). For the following reasons, the Motion is **GRANTED.**

Plaintiff initiated this case on May 29, 2025, alleging constitutional violations that occurred while he was housed at Pinckneyville Correctional Center. (Doc. 1). On May 21, 2026, Defendants filed a Motion for Summary Judgment on the issue of exhaustion of administrative remedies. (Doc. 43). Twice, Plaintiff requested additional time to respond to the Motion for Summary Judgment, and both requests were granted. (Doc. 45, 46, 47, 48). Plaintiff, however, has still failed to respond.

On August 27, 2026, Defendants filed the Motion to Dismiss that is currently before the Court. (Doc. 49). Defendants argue that this case should be dismissed for failure to prosecute under Rule 41(b), as Plaintiff has not only failed to respond to the Motion for Summary Judgment, but also, he has not updated his address with the Court. (*Id.*). Defendants state that according to the public website for the Illinois Department of Corrections (IDOC), Plaintiff is no longer in IDOC custody.

After the Motion to Dismiss was filed, the Court entered a Show Cause Order warning

Plaintiff that he had until September 28, 2026, to explain to the Court why this case should not be dismissed for failure to comply with court orders to file a notice of any change in address and for want of prosecution. (Doc. 50). Plaintiff was advised that in lieu of responding to the Show Cause Order he could simply file responses to the Motion to Dismiss and the Motion for Summary Judgment. Plaintiff was cautioned that failure to file a response to the Show Cause Order or the Motion to Dismiss and the Motion for Summary Judgment would result in dismissal of this case.

At this time, Plaintiff has not updated his address, responded to the Show Cause Order or the pending motions, or expressed any intention to continue pursuing his claims. Therefore, the Court finds that Plaintiff has failed to comply with its orders (Doc. 5, 8, 50) and to prosecute this matter. Consequently, the Motion to Dismiss is **GRANTED**. (Doc. 49). This matter is **DISMISSED with prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See James v. McDonald's Corp.,* 417 F.3d 672, 681 (7th Cir. 2005). The Motion for Summary Judgment is **DENIED** as moot. (Doc. 43).

The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: October 13, 2026**

**STEPHEN P. MCGLYNN**
**United States District Judge**